NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**M/A-COM TECHNOLOGY SOLUTIONS HOLDINGS INC.,**
*Plaintiff – Appellee,*

v.

**LAIRD TECHNOLOGIES INC.,**
*Defendant – Appellant.*

---

14-1645

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00181-LPS, Judge Leonard P. Stark.

---

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the District of Delaware, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective August 26, 2014. The appellant's brief is due on October 27, 2014.

                                             FOR THE COURT

August 26, 2014                /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                        Clerk of Court

cc: Clerk's Office, United States District Court for the District of Delaware
Elizabeth C. Carver
Daniel A. Crowe
Christine Dealy Haynes
David E. Moore